1  Andrew B. Downs
   Nevada Bar No. 8052
2  E-mail: andy.downs@bullivant.com
   BULLIVANT HOUSER BAILEY PC
3  101 Montgomery Street, Suite 2600
   San Francisco, CA 94104
4  Telephone: 415.352.2700
   Facsimile: 415.352.2701
5

6  Darren T. Brenner
   Nevada Bar No. 8386
7  E-Mail: dbrenner@wrightlegal.net
   WRIGHT, FINLAY & ZAK LLP
8  7785 W. Sahara Avenue, Suite 200
   Las Vegas, NV 89117
9  Telephone: 702.475.7964
   Facsimile: 702.946.1345
10

11 Attorneys for Defendant Sentinel Insurance
   Company, Ltd.
12

13

14                    UNITED STATES DISTRICT COURT

15                          DISTRICT OF NEVADA

16 MINT LOCKER, LLC, a Nevada Limited
   Liability Company, ,
17                                              Case No.: 2:21-cv-00082-GMN-NJK
                  Plaintiff,
18                                              **STIPULATION AND (PROPOSED**
        v.                                      **ORDER) FOR DISMISSAL WITH**
19                                              **PREJUDICE**
   SENTINEL INSURANCE COMPANY, LTD.,
20 a Connecticut business entity; DOES 1-10,
   business entities form unknown; DOES 11-20,
21 individuals; and DOES 21-30, inclusive,

22                Defendants.

23

24      Plaintiff Mint Locker, LLC and defendant Sentinel Insurance Company, Ltd. stipulate

25 pursuant to F.R.Civ.P. 41(a) that this action be dismissed with prejudice, with each party to bear

26 its own costs and attorney's fees.

27

28

1 | DATED: January 3, 2022

BULLIVANT HOUSER BAILEY PC

By  /s/ *Andrew B. Downs*
Andrew B. Downs
Nevada Bar No. 8052
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendant Sentinel Insurance Company, Ltd.

DATED: January 3, 2022

HUTCHINGS LAW GROUP, LLC

By  /s/ *Mark H. Hutchings\* (\*ABD e-mail auth.)*
Mark H. Hutchings
Nevada Bar No. 12783
300 South 4th Street, Suite 1400
Las Vegas, NV 89101
Telephone: 702.660.7700
Facsimile: 702.552.5202

Attorneys for Plaintiff Mint Locker, LLC

**ORDER**

The parties having stipulated and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice with each party to bear its own costs and attorney's fees.

IT IS SO ORDERED.

DATED: January 26, 2022

_____
United States District Judge

4860-4370-3048.1

– 2 –